

## CORPORATION FILE DETAIL REPORT

| File Number | 67050681 | | |
|---|---|---|---|
| Entity Name | CMRE FINANCIAL SERVICES, INC. | | |
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 03/29/2010 | State | CALIFORNIA |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 03/29/2010 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | SANDY LAWRENCE 3075 E IMPERIAL HGWY #200 BREN CA 92821 |
| Agent City | CHICAGO | Secretary Name & Address | ANDREA PARR SAME |
| Agent Zip | 60604 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 03/22/2017 | For Year | 2017 |

Return to the Search Screen        Purchase Certificate of Good Standing

(One Certificate per Transaction)

**OTHER SERVICES**

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office Address

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

EXHIBIT A