

Illinois Department of Financial and Professional Regulation

# Lookup Detail View

### Contact
Contact Information

| Name | City/State/Zip | DBA/AKA |
|---|---|---|
| CMRE FINANCIAL SERVICES INC | Brea, CA 92821 | |

### License
License Information

| License Number | Description | Status | First Effective Date | Effective Date | Expiration Date | Ever Disciplined |
|---|---|---|---|---|---|---|
| 017021388 | LICENSED COLLECTION AGENCY | ACTIVE | 07/16/2010 | 05/18/2015 | 05/31/2018 | N |

Generated on: 11/25/2017 1:49:41 PM



EXHIBIT B